**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bobbie M. Golden, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Arizona Department of ) <br> Administration, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. 04-CV-0320-PHX-PGR <br><br> <u>ORDER</u> |

Upon the stipulated request of the parties and good cause appearing, IT IS HEREBY ORDERED dismissing the above-captioned matter with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 4th day of November, 2005.

Paul G. Rosenblatt
United States District Judge